UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DUMAR CARDIN FISHER, | ) | CASE NO. CV 14-1637-DSF (PJW) |
|---|---|---|
| Petitioner, | ) ) | |
| v. | ) ) | J U D G M E N T |
| RANDY GROUNDS, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 3-12-14

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Fisher judgment.wpd